

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00478-CV

**Madhuri Bondyopadhyay and Probir K. Bondyopadhyay**

**v.**

**Bank of New York Mellon fka Bank fo New York, as Trustee for the Certificationholders of the CWABS, Inc.  Asset-Backed Certificates, Series 2007-SEA2**

NO. 2013-17412 IN THE 157TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 10/02/2014 | NOT PAID | ANT |
| MT FEE | $10.00 | 07/28/2014 | PAID | ANT |
| CLK RECORD | $120.00 | 07/28/2014 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 07/01/2014 | PAID | ANT |
| FILING | $175.00 | 07/01/2014 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $335.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN  TESTIMONY  WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 6, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**